UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Case No. 5:23-cv-00440-BO

| | |
|---|---|
| MXR IMAGING, INC.,<br><br>*Plaintiff*,<br><br>v.<br><br>EVOHEALTH LLC and STEVEN DEATON, *individually and in his capacity as Chief Executive Officer and Owner of EvoHealth LLC*,<br><br>*Defendants*. | NOTICE OF FILING OF PROPOSED SUMMONS |

Plaintiff MXR Imaging, Inc., by its undersigned attorneys, hereby files a proposed summons for each Defendant (attached hereto) and requests that the Clerk issue the same.

Filed: August 7, 2023

                                                        Respectfully Submitted,

                                                        By: /s/ *Benjamin S. Morrell*
                                                        Benjamin S. Morrell (NC Bar No. 56676)
                                                        TAFT STETTINIUS & HOLLISTER LLP
                                                        111 East Wacker Drive, Suite 2600
                                                        Chicago, IL 60601
                                                        Telephone: (312) 527-4000
                                                        Facsimile: (312) 527-4011
                                                        bmorrell@taftlaw.com

                                                        Paul R. Harris (special admission pending)
                                                        TAFT STETTINIUS & HOLLISTER LLP
                                                        200 Public Square, Suite 3500
                                                        Cleveland, OH 44114
                                                        Telephone: (216) 241-2838
                                                        Facsimile: (216) 241-3707
                                                        pharris@taftlaw.com

                                                        *Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on the date listed below, I filed the foregoing document using the Court's CM/ECF system, which will effect service upon all counsel of record.

Date: August 7, 2023

>                                By: /s/ *Benjamin S. Morrell*
>                                Benjamin S. Morrell
>                                *Counsel for Plaintiff*