# UNITED STATES DISTRICT COURT
for the
Eastern District of North Carolina

| | |
|---|---|
| MXR IMAGING, INC. <br><br> *Plaintiff(s)* <br> v. <br> EVOHEALTH LLC and STEVEN DEATON <br><br> *Defendant(s)* | Civil Action No. 5:23-cv-00440-BO -RJ |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Steven Deaton
12201 Beestone Lane
Raleigh, NC 27614

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Benjamin Morrell
(312) 840-4489
Taft Stettinius & Hollister LLP
111 E. Wacker Dr., Ste. 2600
Chicago, IL 60601

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

PETER A. MOORE, JR.,
*CLERK OF COURT*

Date: 8/8/2023

*Signature of Clerk or Deputy Clerk*

# PROOF OF SERVICE

| | |
|---|---|
| State: | NORTH CAROLINA |
| Court: | UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT |
| County: | WESTERN DIVISION |
| Plaintiff/ Petitioner: | MXR IMAGING, INC. |
| Defendant/ Respondent: | EVOHEALTH LLC and STEVEN DEATON, individually and in his capacity as Chief Executive Officer and Owner of EvoHealth LLC |
| Case Number: | 5:23cv440 |
| Index/Docket Number: | -- |

I, Marcus Lawing, being first duly sworn, depose and say: that I am over the age of 18 years old and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to perform said service.

I served Steven Deaton the Civil Cover Sheet, Summons in a Civil Action and Complaint as follows:

| | | | |
|---|---|---|---|
| Serve/Non Serve Date: | 8/10/2023 | Person Served: | Ashley Deaton |
| Location of Serve: | Residence | Description: | *(if served)* |
| Manner of Service: | Substituted | Age | 40-44 |
| Street Address: | 12201 Beestone Lane Raleigh, NC 27614 | Hair Color | Brown |
| | | Sex | Female |
| | | Race | White |
| | | Height | 5'5"-5'8" |
| | | Weight | 180-200 lbs |
| | | Marital Status | Married |
| | | Military Status | No |
| | | Military Branch | |
| | | Active in Military? | |
| | | Other notable details | Ashley Deaton, Spouse/wife |

| Process Server | Marcus Lawing | | |
|---|---|---|---|
| Attempt Date | Attempt Time | Served? | Comments (home/vehicle description, talked to neighbors etc.) |
| 8/10/2023 | 4:00 PM | Yes | Subserved on co-resident/spouse |

Signature of Process Server _[signed]_    Date 8/10/23