# EXHIBIT 3



**THE IMAGING SOLUTION COMPANY**

4909 Murphy Canyon Rd, Ste 120  
San Diego, CA 92123

(858)565-4472  
(858)565-2409 fax

*Statement*

Invoice: 012023  
Date:

Bill To: EvoHealth

| Date | Type | Column1 | Description | Amount | Payment | Balance |
|---|---|---|---|---|---|---|
| Jan-23 | Silver Sponsor | | January 2023 National Sales Meeting Green Valley Ranch Las Vegas, NV | $13,000.00 | $ - | $ 13,000.00 |
| | | | | | Total | $ 13,000.00 |

### REMITTANCE

Please remit to the address above attn: Ester Bagnasco  
If paying by credit card or need wire/ACH instructions please contact Ester at (858)565-4472 or by email ester.bagnasco@mxrimaging.com

Amount Due: $13,000.00  
Due: Upon Receipt