# EXHIBIT 8

# PROVISIONALLY FILED UNDER SEAL