**EXHIBIT 11**

**PROVISIONALLY FILED UNDER SEAL**