**EXHIBIT 1**

**PROVISIONALLY FILED UNDER SEAL**

**EXHIBIT 2**

**PROVISIONALLY FILED UNDER SEAL**

**EXHIBIT 3**

**PROVISIONALLY FILED UNDER SEAL**

**EXHIBIT 4**

**PROVISIONALLY FILED UNDER SEAL**

**EXHIBIT 5**

**PROVISIONALLY FILED UNDER SEAL**

**EXHIBIT 6**

**PROVISIONALLY FILED UNDER SEAL**

**EXHIBIT 7**

**PROVISIONALLY FILED UNDER SEAL**

# EXHIBIT 8

# PROVISIONALLY FILED UNDER SEAL

**EXHIBIT 9**

**PROVISIONALLY FILED UNDER SEAL**

**EXHIBIT 10**

**PROVISIONALLY FILED UNDER SEAL**

# EXHIBIT 11

# PROVISIONALLY FILED UNDER SEAL

# EXHIBIT 12

# PROVISIONALLY FILED UNDER SEAL

**EXHIBIT 13**

**PROVISIONALLY FILED UNDER SEAL**