DocuSign Envelope ID: BA948164-0D91-4A3C-B76E-F95144DA82CA

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Case No. 5:23-cv-00440-BO-RJ

MXR IMAGING, INC.,

    *Plaintiff*,

v.

EVOHEALTH LLC and STEVEN DEATON, *individually and in his capacity as Chief Executive Officer and Owner of EvoHealth LLC*,

    *Defendants*.

**DECLARATION OF SHELBY LEMLER**

I, Shelby Lemler, am over the age of 18 and make this Declaration under 28 U.S.C. § 1746 on my own personal knowledge:

1. I have personal knowledge of the facts set forth in this Declaration and would testify under oath to their veracity if called upon to do so.

2. I am the Executive Vice President of Operations for Plaintiff MXR Imaging, Inc. ("MXR").

3. I am familiar with MXR's accounting records.

4. I am familiar with Defendants EvoHealth and Deaton, and the events described in the complaint in this lawsuit.

5. I am familiar with EvoHealth's failure to provide software and services to MXR customer HonorBridge (a division of Carolina Donor), as described in paragraph 62 of the complaint.

6. EvoHealth sent a quote to MXR customer HonorBridge for a Fuse PACS Platform and related services, including an onsite "Edge" device, project management and applications, use of EvoHealth Cloud for five years, and software support from EvoHealth for five years. The quoted

DocuSign Envelope ID: BA948164-0D91-4A3C-B76E-F95144DA82CA

price was $24,500.

7. **Exhibit 1**, attached hereto, is a fair and accurate copy of this quote.

8. HonorBridge agreed to receive these services. MXR paid EvoHealth the full $24,500 on HonorBridge's behalf before installation. However, EvoHealth never started (or completed) the installation and never provided any of the promised software or services to HonorBridge. EvoHealth never returned the $24,500 MXR paid to EvoHealth on HonorBridge's behalf. MXR never received any payment from Carolina Donor or HonorBridge (or any other source) related to its payment to EvoHealth.

9. **Exhibit 2** has ben intentionally omitted.

10. I am familiar with EvoHealth's participation as a paid sponsor at MXR's 2023 National Sales Meeting and its failure to pay for the sponsorship, as discussed in the complaint in this lawsuit. Specifically, EvoHealth was a "silver sponsor" at the meeting, which occurred in Las Vegas, Nevada.

11. **Exhibit 3**, attached hereto, is a fair and accurate copy of the invoice MXR sent to EvoHealth seeking payment for the $13,000 in sponsorship fees. Neither EvoHealth nor Deaton ever paid MXR these sponsorship fees. Nor did MXR receive compensation for these unpaid fees from any other source.

12. I am familiar with EvoHealth's failure to pay MXR negotiated dealer compensation fees, as described in paragraph 61 of the complaint. EvoHealth agreed to pay MXR these fees for MXR referring its customers to EvoHealth, which led to EvoHealth signing contracts with these customers to provide PACS software and services and receiving substantial sums of money from these customers.

13. The below chart accurately summarizes the purchase orders reflecting the unpaid

DocuSign Envelope ID: BA948164-0D91-4A3C-B76E-F95144DA82CA

dealer compensation fees, fair accurate copies of which are attached hereto as exhibits:

| MXR Customer | Ex. No. | Invoice Date | Invoice No. | Dealer Compensation Fee |
|---|---|---|---|---|
| Boyotte Orthopedic & Sports Medicine | 4 | 12/29/2021 | 8800848254 | ▇ |
| Cape Fear Orthopedic Clinic PA | 5 | 12/29/2021 | 8800848253 | ▇ |
| Kidney Hypertension & Transplant Specialists | 6 | 12/30/2021 | 8800848666 | ▇ |
| Leighton Orthopaedics & Sports Medicine, P.C. | 7 | 12/28/2021 | 8800847757 | ▇ |
| Monticello Medical Clinic | 8 | 1/11/2021 | 8800711697 | ▇ |
| Morrilton Medical Clinic | 9 | 1/11/2021 | 8800711696 | ▇ |
| The Outpatient Diagnostic Center | 10 | 12/7/2021 | 8800840997 | ▇ |
| | | 12/7/2021 | 8800840996 | ▇ |
| | | 12/17/2019 | 8800559230 | ▇ |
| | | 12/23/2020 | 8800704953 | ▇ |
| Quality Urgent Care of America | 11 | 12/30/2021 | 8800848665 | ▇ |
| The Surgery Center of Fairbanks | 12 | 6/2/2022 | 8800908869 | ▇ |
| **TOTAL** | | | | **$ 137,111.20** |

14. Neither EvoHealth nor Deaton has ever paid MXR any of these owed dealer compensation fees. Nor has MXR received compensation for these unpaid dealer compensation fees from any other source.

15. I am familiar with MXR customer CNY Family Care, LLP and its interaction with EvoHealth described in paragraph 43 of the complaint. After EvoHealth's failure to provide working PACS software, systems, and support, CNY and MXR negotiated and executed a settlement ▇.

16. **Exhibit 13**, attached hereto, is a fair and accurate copy of that settlement agreement.

17. But for EvoHealth's failure to provide working PACS software, systems, and support, and its misconduct, misrepresentations, and deceptive conduct related to the same, MXR would not have had to settle this dispute with CNY.

18. I am familiar with MXR customer First Choice Community Health Center, referenced in paragraph 24 of the complaint. Like many other MXR customers, EvoHealth agreed to provide working PACS software, systems, and support but failed to do so.

19. Following this failure, MXR paid another PACS provider called RadInfo $15,000 to provide a supplemental system to First Choice after EvoHealth's failure.

20. But for EvoHealth's failure to provide working PACS software, systems, and support, and its misconduct, misrepresentations, and deceptive conduct related to the same, MXR would not have had to settle this dispute with CNY.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 29, 2024

Shelby Lemler