UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Case No. 5:23-cv-00440-BO-RJ

MXR IMAGING, INC.,

    *Plaintiff,*

v.

EVOHEALTH LLC and STEVEN DEATON, *individually and in his capacity as Chief Executive Officer and Owner of EvoHealth LLC,*

    *Defendants.*

**ORDER GRANTING MOTION TO SEAL**

This matter is before the Court on Plaintiff MXR Imaging, Inc.'s motion to seal several documents submitted in connection with its motion for a default judgment against Defendant EvoHealth LLC. Plaintiff requests leave to seal portions of several documents, having filed redacted versions publicly, and seeks to seal several other documents in their entireties, having submitted all relevant documents to the Court provisionally under seal as "proposed sealed documents."

Upon good cause shown, the Court finds Plaintiff's motion is appropriately narrowly tailored and well taken, and it is therefore GRANTED. The Clerk of Court is directed to file under seal the documents previously filed by Plaintiff provisionally under seal as "proposed sealed documents." The sealed documents shall remain under seal until further order of this Court. Any party seeking to unseal the documents must file a motion to that effect. This Order does not affect the presumption of public access to Court records and proceedings.

It is so ordered.

11-20-24
DATE

*Terrence W. Boyle*
TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE